

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2017

No. 04-17-00139-CR

Demond **FRANKLIN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR6149A
Honorable Melisa Skinner, Judge Presiding

# O R D E R

On October 26, 2017, appellant filed a motion to amend his brief to correct certain "[m]inor errors" contained therein. After review, we **GRANT** appellant's motion and accept appellant's amended brief as filed.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court